IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ISAAC JONES,

       Plaintiff,

v.

JAYSEN SCHALLER, in his individual capacity,

       Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-405-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Jaysen Schaller granting his motion for summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

_____9/6/11_____
Date